**Order entered October 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01534-CR

### MICHAEL ADAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-00936-Y**

## ORDER

The Court **REINSTATES** the appeal.

On August 26, 2013, we ordered the trial court to make findings regarding why State's Exhibit nos. 1, 2, 3, and 13 had not been filed. On August 30, 2013, we received a supplemental record containing State's Exhibit nos. 3 and 13, and on October 15, 2013, we received State's Exhibit nos. 1 and 2. Therefore, it appears the record is now complete.

/s/    LANA MYERS
        JUSTICE